1 | MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
2 | MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6
Attorneys for Defendant
7 | WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| BING TING REN,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., a business entity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 13 0272 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>The Hon. Joseph C. Spero<br><br>Action Filed:  December 19, 2012<br>Trial Date:     None Set |

1    Pursuant to United States District Court, Northern District of California, Civil Local Rule

2 6-1, which provides that the parties may stipulate to extend the time for responding to a complaint

3 without leave of Court,

4    IT IS HEREBY STIPULATED by and between plaintiff Bing Ting Ren ("Plaintiff") and

5 defendant Wells Fargo Bank, N.A. ("Defendant"), each by and through their undersigned counsel,

6 that Defendant may have an extension of time to file a response to Plaintiff's Complaint to and

7 including February 11, 2013. This extension of time will not alter the date of any event or

8 deadline already fixed by Court order.

9 IT IS SO STIPULATED.

10

11

12 DATED: January 24, 2013          By:  */s/ Sarah Elizabeth Adelaars*
                                                             Sarah Elizabeth Adelaars

13                                            Attorney for Plaintiffs

14

15

16 DATED: January 24, 2013          SEVERSON & WERSON
                                                            A Professional Corporation

17

18                                            By:  */s/ Megan C. Kelly*
                                                            Megan C. Kelly

19

20                                            Attorneys for Defendant
                                           WELLS FARGO BANK, N.A.

21

22 I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this

23 Stipulation. I hereby attest that Sarah Elizabeth Adelaars has concurred in this filing.

*/s/ Megan C. Kelly*

24

25 Dated: 1/29/13

26 IT IS SO ORDERED

Judge Joseph C. Spero

27

28