1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8
                         UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10

11

12 | BING TING REN,                                  | Case No. C 13 0272 SC
   |                                                 |
13 |            Plaintiff,                           | **STIPULATION AND [PROPOSED]**
   |                                                 | **ORDER TO CONTINUE TRIAL AND**
   |     vs.                                         | **RELATED DATES**
14 |                                                 |
   | WELLS FARGO BANK, N.A., a business              | The Hon. Samuel Conti
15 | entity, and DOES 1 through 100, inclusive,      |
   |                                                 | Action Filed:    December 19, 2012
16 |            Defendants.                          | FAC Filed:       March 4, 2013
   |                                                 | SAC Filed:       July 3, 2013
17 |                                                 |
   |                                                 | Discovery Cut Off:   January 24, 2014
18 |                                                 | Motion Cut Off:      February 21, 2014
   |                                                 | Pretrial Conference: March 21, 2014
19 |                                                 | Trial Date:          March 24, 2014

20

21

22

23

24

25

26

27

28

55000.0532/3003355.1                                                          C 13 0272 SC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES

**JOINT STIPULATION**

Plaintiff Bing Ting Ren ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff commenced the above-referenced action on December 19, 2013 in the Superior Court of California, County of San Mateo. Defendant removed the matter to the United States District Court, Northern District of California on January 22, 2013. Defendant subsequently filed a Motion to Dismiss the original Complaint.

Prior to the hearing on Defendant's Motion to Dismiss, Plaintiff filed a First Amended Complaint on or around March 4, 2013. In response, Defendant filed a Motion to Dismiss the First Amended Complaint. On June 7, 2013, the Court issued an Order granting in part and denying in part Defendant's Motion to Dismiss. Plaintiff was granted leave to amend two of her claims.

On July 3, 2013, Plaintiff filed the Second Amended Complaint. Defendant filed a Motion to Dismiss Portions of the Second Amended Complaint. While the Motion to Dismiss the Second Amended Complaint was pending, the parties appeared for a status conference and the matter was set for trial on March 24, 2014.

Then, on September 24, 2013, the Court issued an Order granting Defendant's Motion to Dismiss Portions of the Second Amended Complaint. As a result of the Court's Order, only Plaintiff's Promissory Estoppel and Violation of California Business and Professions Code Section 17200 are at issue.

To date, the parties have exchanged written discovery and Defendant has deposed Plaintiff and Plaintiff's husband. Additionally, the parties continue to communicate regarding the possibility of an informal resolution of the matter.

2. The parties hereby request a continuance of the March 24, 2014 trial and all related dates. Defendant's counsel has another, unrelated matter, pending the Superior Court of California, County of San Mateo (*Bootman v. Wells Fargo Bank, N.A.* Case No. CIV512560).

The *Bootman* action is also scheduled for trial on March 24, 2014.[1] Plaintiff's counsel is also in favor of a continuance of the trial date in this matter.

3. Federal Rule of Civil Procedure 16(b)(4) allows a court to modify a scheduling order "for good cause and with the judge's consent." In light of Defendant's counsel's calendar conflict and Plaintiff's counsel's parallel interest in a continuance, good cause for the continuance exists. The parties hereby stipulate to, and respectfully request that the Court grant, a continuance of the March 24, 2014 trial and related dates as follows:

> Discovery Cut Off: March 20, 2014
>
> Last Day to Hear Dispositive Motions: April 18, 2014
>
> Pretrial Conference: May 16, 2014
>
> Trial Date: May 19, 2014

4. This is the first stipulation requesting a continuance of the trial date in this action.

5. This stipulation and the requested continuance will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendant may wish to assert in the action, all of which are expressly reserved.

IT IS SO STIPULATED.

DATED: December 12, 2013         SEVERSON & WERSON
                                 A Professional Corporation


                                 By:   */s/ Megan C. Kelly*
                                         Megan C. Kelly, Esq.

                                 Attorneys for Defendant WELLS FARGO BANK, N.A.

---

[1] The *Bootman* matter was originally scheduled for trial on January 21, 2014, but has been continued to March 24, 2014, the same date as the trial in this matter.

1  DATED:  December 12, 2013          MELLEN LAW FIRM

                                      By:  ___*/s/ Sarah Adelaars*_____
                                              Sarah Adelaars, Esq.

                                      Attorneys for Plaintiff BING TING REN

I, Megan C. Kelly, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES.  I hereby attest that Sarah Adelaars, counsel for Plaintiff, has concurred in this filing.

*/s/ Megan C. Kelly*

### [~~PROPOSED~~] ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders:

The March 24, 2014 trial and related dates shall be continued as follows:

**Discovery Cut Off:** March 20, 2014

**Last Day to Hear Dispositive Motions:** April 18, 2014

**Pretrial Conference:** May ~~16~~ 02, 2014 at 10:00 a.m.

**Trial Date:** May 19, 2014

IT IS SO ORDERED.

Dated __12/13/2013_____

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

55000.0532/3003355.1                                                           C 13 0272 SC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES